*Lester Samuels, Murray C. Spett* and *Abraham Shapiro* for defendant and appellant.

*Harold M. Harkavy* and *Frederick M. Garfield* for defendant and respondent.

*Abraham N. Levy* and *Milton L. Sloane* for appellant and respondent.

Judgment affirmed, with costs to the plaintiff against the Great Atlantic & Pacific Tea Company, and with one bill of costs to the defendant-respondent Beacon Chemical Corporation against plaintiff and the Great Atlantic & Pacific Tea Company. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILFRED BETTS, MARTIN HIRSCH, LEONARD COHEN and WILLIAM HENRY, Respondents.

Argued April 19, 1948; decided May 20, 1948.

*Frank S. Hogan*, District Attorney (*Eugene A. Leiman* and *Whitman Knapp* of counsel), for appellant.

*Sol Gelb* and *Harris B. Steinberg* for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of ROSE WATKINS et al., Appellants, against HENRY L. UGHETTA, a Justice of the Supreme Court of the State of New York, et al., Respondents.

Argued May 17, 1948; decided May 20, 1948.